Andrew Pincus
**Seidman & Pincus llc**
*Attorneys for Itria Ventures LLC*
77 Brant Avenue, Suite 202
Clark, New Jersey 07066
(201) 473-0047

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>VIVEK PANDIT,<br><br>Debtor. | Chapter 11, Subchapter V<br>Case No. 24-16276 (MEH) |
| ITRIA VENTURES LLC,<br><br>Plaintiff,<br><br>v.<br><br>VIVEK PANDIT,<br><br>Defendant. | Adv. Proc. No. 24-01580 (MEH)<br><br>**Hearing Date:**<br>**September 11, 2025 @ 10:00am** |

**NOTICE OF PLAINTIFF'S MOTION: (A) TO COMPEL DISCOVERY; (B) TO EXTEND THE DISCOVERY END DATE; AND (C) FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES**

**PLEASE TAKE NOTICE** that plaintiff Itria Ventures LLC ("Itria"), by its undersigned attorneys, will move this Court before the Honorable Mark E. Hall at the United States Bankruptcy Court, 402 East State Street, Courtroom 2, Trenton, New Jersey 08608 on the 11th day of September 2025, at 10:00 o'clock in the forenoon of that day or as soon thereafter as counsel may be heard, for entry of an Order: (i) pursuant to Fed.R.Civ.P. 37(a)(3)(B), compelling Vivek Pandit, the debtor and defendant herein (the "Debtor") to

provide responses to Itria's outstanding discovery requests; (ii) extending the discovery end date; and (iii) pursuant to Fed.R.Civ.P. 37(a)(5)(A), requiring the Debtor and/or his attorney to pay Itria's costs and expenses, including reasonable attorneys' fees, incurred in connection with this Motion, and for such other and further relief as may be just and proper.

In support of the motion, Itria will rely in the accompanying certification of Andrew Pincus, dated August 13, 2025 (and the exhibits annexed thereto) and Itria's moving memorandum of law. A proposed form of Order granting the motion is annexed hereto pursuant to Local Bankruptcy Rule 9013-1(a).

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-2, objections, if any, to the motion must be filed with the Court and served upon the undersigned no later than seven (7) days before the hearing date referenced above. Unless an objection is timely filed and served in accordance with this notice, it may not be considered by the Bankruptcy Court. In the event no objections are filed, the relief requested in the motion may be granted without a hearing. Oral argument is requested if the motion is opposed.

Dated: August 13, 2025

                                               **SEIDMAN & PINCUS LLC**
                                               *Attorneys for Itria Ventures LLC*

By : _____
      Andrew Pincus
      77 Brant Avenue, Suite 202
      Clark, New Jersey 07066
      (201) 473-0047
      ap@seidmanllc.com