Justin M. Gillman, Esq. (038891997)
**GILLMAN CAPONE LLC**
770 Amboy Avenue
Edison, New Jersey 08837
(732) 661-1664 (Tel.)
(732) 661-1707 (Fax)
ecf@gillmancapone.com (E-Mail)
Attorneys for Debtor-Defendant, Vivek Pandit

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| In re:<br><br>VIVEK PANDIT,<br><br>            Debtor(s). | Case No. 24-16276-MEH<br><br>Chapter 13<br><br>Adv. Proc. No. 24-01580 |
| ITREA VENTURES LLC,<br><br>            Plaintiff(s),<br><br>v.<br><br>VIVEK PANDIT,<br><br>            Defendant(s), | |

**CERTIFICATION OF VIVEK PANDIT IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL DISCOVERY, ATTORNEY'S FEES, AND RELATED RELIEF**

I, Vivek Pandit, being of full age, certify as follows:

1. I am the Defendant in this adversary proceeding and the Debtor in the subject bankruptcy case.  in this action. I make this certification in support of my opposition to Plaintiff's motion to compel discovery and for attorneys' fees. I have personal knowledge of the facts stated herein.

- 1 -

2.     I understand my discovery obligations. I have been working with my counsel to gather information and documents responsive to Plaintiff's discovery requests. I understand that this process has been delayed but I fully intend to fully comply and believe that my prior delays resulted from medical issues I have been experiencing.

3.     I will serve complete responses to the Plaintiff's Interrogatories and Request for Documents no later than September 15, 2025, and I will promptly supplement if anything further is located.  Further, subject to the Plaintiff's availability, I can make myself available for a deposition date before the end of September 2025.

4.     For a prolonged period, I have experienced significant medical issues. I suffer from diabetes.  Shortly after the bankruptcy petition was filed in June 2024, I experienced significant and unexpected health complications. In particular, I underwent surgery that resulted in the amputation of two of my toes, significantly impairing my mobility and rendering me unable to walk until February 2025.  During my recovery from the amputation, in addition to ongoing care, the diabetes caused severe effects on my vision, including blurry vision from retinal and arterial damage. On my doctors' advice, I began emergency ophthalmologic treatments including injections and laser procedures, followed by cataract surgery and additional retina treatments. My physicians initially advised that the full course of treatment could take 2–3 months depending on progress.  For a significant period during which discovery remained due, I was unable to see which obviously impaired my ability to be responsive to the Plaintiff's requests.  I respectfully request that the Court consider these facts without requiring detailed medical records. If necessary, I can provide a simple letter or scheduling notice confirming the dates of treatment.

5.     In this litigation, I am named as a Defendant and debtor to the Plaintiff as a result of a contract signed with a former business which I owned and operated - Indian Foods and Spices

LLC – which ceased operations in in or around June 2023. A significant portion of the documents and information sought by the Plaintiff in this case have been provided in litigation with the Plaintiff prior to the filing of my bankruptcy petition and/or related litigation in which the Plaintiff seeks to recover from my wife, Anita Pandit, and business entities which I do not own or control.

6. Upon information and belief, a separate civil action has been filed in the Supreme Court of the State of New York, County of New York, titled *GMS Distributors LLC, Exotic Ethnic Foods LLC, and Anita Pandit v. Itria Ventures LLC, Biz2Credit Inc., Ajay Kumar, SAI CPA Services LLC, Ruchika Chopra, and John Does 1–10*. I am not a plaintiff in that action. My wife, Anita Pandit, and business entities which I do not own or control are plaintiffs. The complaint was filed on or about September 2, 2025—alleges claims including fraud, usury/deceptive business practices, extortion, and civil RICO arising from the same series of loan/financing transactions on which Itria bases its nondischargeability allegations in this adversary proceeding. I reference that action solely to identify the overlap in subject matter; I am not asking the Court to decide any issue from that case here.

7. I do apologize for the delays but ultimately these delays resulted from my serious and documented medical issues and not by bad faith. Plaintiff is not prejudiced because, no trial date has been set, and I have no dispute that discovery periods can remain open until the Plaintiff is able to complete their discovery in this case.

8. I respectfully request that the Court deny Plaintiff's request for attorneys' fees. If the Court grants the motion to compel, I ask that the Court set a date certain for my responses consistent with the schedule above and order that each side bear its own fees and costs.

- 4 -

Alternatively, if my responses are served before the hearing, I request that the motion be denied as moot and the fee application denied.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: <u>September 4, 2025</u>     <u>   /s/ Vivek Pandit                              </u>
                                                      Vivek Pandit